Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Legal Recovery LLC Debtor(s) | Bankruptcy Case No.: 24–30074<br>Chapter: 11 |
| Charles Li Plaintiff(s)<br>vs.<br>Legal Recovery, LLC Defendant(s) | Adversary Proceeding No. 24–03022 |

## CORRECTED SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, unless otherwise ordered by the Court.

**Mailing Address:**
U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Fl.
Mail Box 36099
San Francisco, CA 94102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of plaintiff's attorney**

Duy Thai
Law Offices of Duy Thai
One Sansome Street, Suite 3500
San Francisco, CA 94104

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** June 28, 2024 | **TIME:** 01:30 PM |
|---|---|
| **LOCATION:** Via Tele/Videoconference, www.canb.uscourts.gov/calendars | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 5/7/24

Janice Freer
Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____Pedro Coto_____ (name), certify that service of this summons and

copy of the complaint was made _____May 9, 2024_____ (date) by:

☒ **Certified Mail Service**: Regular, first class United States mail, postage fully pre-paid, addressed to:

Leeds Disston  
300 Frank H Ogawa Plz, Suite 205  
Oakland, California 94612

Legal Recovery LLC  
P.O. Box 225254  
San Francisco, California 94122

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ____May 9, 2024____    Signature *Pedro Coto*  
Print Name: Pedro Coto  
Business Address: One Sansome Street, Suite 3500  
San Francisco, California 94104

# Notice Recipients

District/Off: 0971−3     User: admin     Date Created: 5/7/2024
Case: 24−03022     Form ID: SUM     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Duy Thai     duy@duythai.com

TOTAL: 1